UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
HSBC Bank, et al.

In Re:

Claudette Brooks,

Debtor.

Case No.:      19-14637-VFP

Chapter:            13

Hearing Date:     11/21/2019

Judge:           Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled        ☐ Withdrawn

Matter:  Motion for Relief re: 442 North Street, Teaneck, NJ  (Docket # 40 )

_____

Date: 11/21/2019                                        /s/ Denise Carlon
                                                        Signature

*rev.8/1/15*