UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CXE 19-026614
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Charles G. Wohlrab, Esq. 016592012
ATTORNEYS FOR WELLS FARGO BANK,
NATIONAL ASSOCIATION, AS TRUSTEE FOR
BANC OF AMERICA ALTERNATIVE LOAN
TRUST 2006-8 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-8

Order Filed on December 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| IN RE: | CASE NO.: 19-14637-VFP |
| CLAUDETTE BROOKS A/K/A CLAUDETTE THOMAS, DEBTOR | JUDGE: HONORABLE VINCENT F. PAPALIA |
| | Chapter: 13 |

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 10, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series 2006-8, hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtor to make post-petition payments on a mortgage obligation and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1.      As of the date of filing the underlying Motion to Vacate Stay (ECF Doc.: 41), Debtor was delinquent in a post-petition payment obligation to Secured Creditor.

2.      As of the date of entry of this Order, Debtor brought post-petition payments for this account with Secured Creditor current and due for this month, November 1, 2019

3.      Starting November 1, 2019, Debtor agrees to maintain all contractually due payments to Secured Creditor, which currently amount to $2,587.19.

4.      Payments should be submitted to the Secured Creditor via Certified Check to the below address:

                    Nationstar Mortgage, LLC dba Mr. Cooper
                    PO Box 619094
                    Dallas, TX 75261-9741

5.      Debtor shall reimburse Secured Creditor $500.00 in attorney fees and $181.00 in court costs through the remaining Chapter 13 Plan.  The Trustee shall amend his/her records to reflect same.

6.      If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order.  If the default is not cured within ten (10) days of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC


/s/ Charles G. Wohlrab                                    Date:   12/4/19
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor


                                                          Date:  12/14/19
Russell L Low, Esquire
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-14637-VFP
Claudette Brooks                                                          Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Dec 11, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
db             +Claudette Brooks,     442 North Street,    Teaneck, NJ 07666-2351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee
               for Banc of America Alternative Loan Trust 2006-8 Mortgae Pass Through Certificates, Series
               2006-8 cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor   HSBC Bank, USA, National Association, as Trustee for
               Deutsche ALT-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Ceritficates dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com.
              Douglas J. McDonough   on behalf of Creditor   BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
              Kevin Gordon McDonald    on behalf of Creditor   HSBC Bank, USA, National Association, as Trustee
               for Deutsche ALT-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through
               Ceritficates kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor   WELLS FARGO BANK bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg   magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Claudette   Brooks rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 8