RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 19-14637

Re:  CLAUDETTE BROOKS  
442 NORTH STREET  
TEANECK, NJ  07666

Atty:  RUSSELL L LOW ESQ  
LOW & LOW ESQS  
505 MAIN STREET, SUITE 304  
HACKENSACK, NJ  07601

## RECEIPTS AS OF 01/15/2020            (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/05/2019 | $2,140.15 | 5763311000 | 05/03/2019 | $2,140.15 | 5834233000 |
| 06/04/2019 | $2,140.15 | 5915047000 | 07/03/2019 | $2,422.00 | 5992517000 |
| 08/09/2019 | $2,422.00 | 6083744000 | 09/09/2019 | $2,422.00 | 6161152000 |
| 10/17/2019 | $2,422.00 | 6258706000 | 11/12/2019 | $2,422.00 | 6319687000 |
| 12/12/2019 | $2,422.00 | 6398664000 | 01/14/2020 | $2,422.00 | 6479589000 |

**Total Receipts: $23,374.45  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $23,374.45**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020            (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | | | | | | |
| | 07/15/2019 | $164.12 | 829,234 | 08/19/2019 | $98.42 | 831,184 |
| | 09/16/2019 | $98.42 | 833,218 | 10/21/2019 | $100.98 | 835,221 |
| | 11/18/2019 | $97.19 | 837,313 | 12/16/2019 | $96.15 | 839,255 |
| | 01/13/2020 | $96.15 | 841,133 | | | |
| NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER | | | | | | |
| | 07/15/2019 | $82.98 | 829,674 | 08/19/2019 | $49.76 | 831,676 |
| | 09/16/2019 | $49.76 | 833,673 | 10/21/2019 | $51.06 | 835,710 |
| | 11/18/2019 | $49.14 | 837,773 | 12/16/2019 | $13.79 | 839,689 |
| | 12/16/2019 | $48.62 | 839,689 | 01/13/2020 | $48.62 | 841,571 |
| | 01/13/2020 | $13.79 | 841,571 | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 07/15/2019 | $3,630.13 | 829,933 | 08/19/2019 | $2,176.94 | 831,962 |
| | 09/16/2019 | $2,176.94 | 833,943 | 10/21/2019 | $2,233.63 | 836,005 |
| | 11/18/2019 | $2,149.74 | 838,051 | 12/16/2019 | $2,126.75 | 839,932 |
| | 12/16/2019 | $10.75 | 839,932 | 01/13/2020 | $2,126.75 | 841,823 |
| | 01/13/2020 | $10.75 | 841,823 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,027.06 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,250.00 | 100.00% | 2,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | PIEDMONT ROCKDALE HOSPITAL | UNSECURED | 1,604.00 | 100.00% | 0.00 | 1,604.00 |

Chapter 13 Case # 19-14637

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0009 | BANK OF AMERICA NA | MORTGAGE ARRE | 5,307.11 | 100.00% | 751.43 | 4,555.68 |
| 0010 | NATIONSTAR MORTGAGE LLC, D/B/A MR | MORTGAGE ARRE | 2,683.40 | 100.00% | 379.94 | 2,303.46 |
| 0011 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 117,385.68 | 100.00% | 16,620.88 | 100,764.80 |
| 0012 | ASSET ACCEPTANCE LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | BMW FINANCIAL SERVICES NA LLC | UNSECURED | 1,054.88 | 100.00% | 0.00 | 1,054.88 |
| 0014 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 531.00 | 100.00% | 21.50 | 509.50 |
| 0015 | NATIONSTAR MORTGAGE LLC, D/B/A MR | (NEW) MTG Agree | 681.00 | 100.00% | 27.58 | 653.42 |

**Total Paid:  $21,078.39**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $23,374.45         -    Paid to Claims: $17,801.33     -    Admin Costs Paid: $3,277.06    =    Funds on Hand: $2,296.06

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.