**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
973- 325-8800
File No.: 03-017355-B00
Douglas McDonough, Esq.
Attorney ID:
DMcDonough@flwlaw.com
Attorney for BANK OF AMERICA, N.A., Secured Creditor

Case No.: **19-14637-VFP**

Chapter 13

Judge Vincent F. Papalia

In Re:

**Claudette Brooks** Debtor(s).

**NOTICE OF MORTGAGE FORBEARANCE**

The undersigned is the Attorney for Creditor in this matter, BANK OF AMERICA, N.A. (the "Creditor"). On or about April 1, 2020, the Creditor was advised that the Debtor(s)' mortgage loan ending in 0585 ("subject mortgage loan"), secured by real property described as 1140 Summit Ave, Teaneck, NJ 07666, has been impacted by COVID-19. Pursuant to State and/or Federal guidelines, a forbearance has been offered, the terms of which are as follows:

1. The parties agree to a forbearance period of 91 days and have elected to not tender mortgage payments to Creditor that would come due on the subject mortgage loan starting April 1, 2020 through June 30, 2020.

2. Debtor(s) will resume mortgage payments beginning July 1, 2020 and will be required to cure the delinquency created by the forbearance period ("forbearance arrears").

3. The payment amount currently is $2,014.12.

4. The Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period or any payments that were due and owing prior to the forbearance period. Creditor does not waive its rights under the terms of the note and mortgage or under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

5. The Creditor does not waive its rights to seek relief from the automatic stay for reasons other than non-payment of the mortgage, including, but not limited to, a lapse in insurance coverage or payment of property taxes.

6. The Debtor(s) do not waive any rights upon expiration of the forbearance period. Prior to the expiration of the forbearance period, however, the Debtor(s) must take the following affirmative steps to address the status of the subject mortgage loan including, but not limited to: (a) bringing the account post-petition current; (b) requesting extension of the forbearance period; (c) applying for loss mitigation; and/or (d) amending the Chapter 13 Plan.

7. Any objection to this Notice must be filed and served not later than 14 days after the filing of the Notice. The Court may conduct a hearing on the objection.

**This Notice is intended to disclose a temporary forbearance of the Debtor(s)' obligation to remit post-petition payments for the forbearance period. Nothing within this Notice should be construed to alter any rights, duties, or deadlines that are not related to the remittance of post-petition mortgage payments.**

DATE:05/22/2020

/s/ Douglas McDonough

Douglas McDonough, Esq.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
973- 325-8800
File No.: 03-017355-B00
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for BANK OF AMERICA, N.A., Secured Creditor

Case No.: **19-14637-VFP**

Chapter 13

Judge Vincent F. Papalia

In Re:

**Claudette Brooks aka Claudette Thomas**

Debtor(s).

## CERTIFICATION OF SERVICE

1. I, Alison Viggiano, am a paralegal for FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP, who represents BANK OF AMERICA, N.A. in this matter.

2. On May 26, 2020, I arranged to have the items set forth below served to the names and addresses shown as set forth in the following chart:

    a. Notice of Mortgage Forbearance

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 26, 2020                                /s/ Alison Viggiano
                                                            Alison Viggiano

1

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Esq.<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | **TRUSTEE** | Notice of electronic Filing (NEF) |
| Russell L. Low, Low & Low<br>505 Main Street, Suite 304<br>Hackensack, NJ 07601 | **DEBTOR'S ATTORNEY** | Notice of electronic Filing (NEF) |