RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601


Re:  CLAUDETTE BROOKS                                    Atty:  RUSSELL L LOW ESQ
442 NORTH STREET                                                LOW & LOW ESQS
TEANECK,  NJ  07666                                             505 MAIN STREET, SUITE 304
                                                                HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 19-14637

## RECEIPTS AS OF 01/15/2021            (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/05/2019 | $2,140.15 | 5763311000 | 05/03/2019 | $2,140.15 | 5834233000 |
| 06/04/2019 | $2,140.15 | 5915047000 | 07/03/2019 | $2,422.00 | 5992517000 |
| 08/09/2019 | $2,422.00 | 6083744000 | 09/09/2019 | $2,422.00 | 6161152000 |
| 10/17/2019 | $2,422.00 | 6258706000 | 11/12/2019 | $2,422.00 | 6319687000 |
| 12/12/2019 | $2,422.00 | 6398664000 | 01/14/2020 | $2,422.00 | 6479589000 |
| 02/13/2020 | $2,422.00 | 6556758000 | 03/16/2020 | $2,422.00 | 6641403000 |
| 04/27/2020 | $2,422.00 | 6742154000 | 05/27/2020 | $1,200.00 | 6814848000 |
| 06/15/2020 | $1,250.00 | 6867239000 | 06/29/2020 | $1,200.00 | 6899650000 |
| 07/13/2020 | $1,210.00 | 6937069000 | 07/21/2020 | $1,220.00 | 6953768000 |
| 08/04/2020 | $1,220.00 | 6990507000 | 08/12/2020 | $1,212.00 | 7008708000 |
| 08/28/2020 | $1,300.00 | 7042396000 | 09/14/2020 | $2,500.00 | 7083744000 |
| 09/23/2020 | $80.00 | 7105253000 | 10/16/2020 | $1,220.00 | 7163172000 |
| 10/23/2020 | $1,220.00 | 7177437000 | 11/16/2020 | $1,220.00 | 7236687000 |
| 11/25/2020 | $1,203.00 | 7258880000 | 12/14/2020 | $1,220.00 | 7301681000 |
| 12/28/2020 | $1,200.00 | 7334605000 | 01/11/2021 | $1,200.00 | 7372028000 |

**Total Receipts: $51,515.45  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $51,515.45**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021            (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | | | | | | |
| | 07/15/2019 | $164.12 | 829,234 | 08/19/2019 | $98.42 | 831,184 |
| | 09/16/2019 | $98.42 | 833,218 | 10/21/2019 | $100.98 | 835,221 |
| | 11/18/2019 | $97.19 | 837,313 | 12/16/2019 | $96.15 | 839,255 |
| | 01/13/2020 | $96.15 | 841,133 | 03/16/2020 | $194.81 | 844,915 |
| | 04/20/2020 | $96.10 | 846,864 | 06/15/2020 | $91.23 | 850,462 |
| | 07/20/2020 | $93.59 | 852,251 | 08/17/2020 | $93.30 | 854,125 |
| | 09/21/2020 | $141.38 | 855,931 | 10/19/2020 | $147.11 | 857,818 |
| | 11/16/2020 | $50.33 | 859,611 | 12/21/2020 | $94.46 | 861,430 |
| | 01/11/2021 | $46.57 | 863,226 | | | |

**Chapter 13 Case # 19-14637**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER | | | | | | |
| | 07/15/2019 | $82.98 | 829,674 | 08/19/2019 | $49.76 | 831,676 |
| | 09/16/2019 | $49.76 | 833,673 | 10/21/2019 | $51.06 | 835,710 |
| | 11/18/2019 | $49.14 | 837,773 | 12/16/2019 | $13.79 | 839,689 |
| | 12/16/2019 | $48.62 | 839,689 | 01/13/2020 | $48.62 | 841,571 |
| | 01/13/2020 | $13.79 | 841,571 | 03/16/2020 | $100.58 | 845,373 |
| | 03/16/2020 | $28.53 | 845,373 | 04/20/2020 | $14.07 | 847,312 |
| | 04/20/2020 | $49.61 | 847,312 | 06/15/2020 | $47.10 | 850,847 |
| | 06/15/2020 | $13.36 | 850,847 | 07/20/2020 | $13.71 | 852,677 |
| | 07/20/2020 | $48.32 | 852,677 | 08/17/2020 | $48.17 | 854,534 |
| | 08/17/2020 | $13.66 | 854,534 | 09/21/2020 | $20.71 | 856,372 |
| | 09/21/2020 | $73.00 | 856,372 | 10/19/2020 | $21.55 | 858,229 |
| | 10/19/2020 | $75.95 | 858,229 | 11/16/2020 | $25.98 | 860,011 |
| | 11/16/2020 | $7.37 | 860,011 | 12/21/2020 | $48.77 | 861,853 |
| | 12/21/2020 | $13.83 | 861,853 | 01/11/2021 | $6.82 | 863,597 |
| | 01/11/2021 | $24.05 | 863,597 | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 07/15/2019 | $3,630.13 | 829,933 | 08/19/2019 | $2,176.94 | 831,962 |
| | 09/16/2019 | $2,176.94 | 833,943 | 10/21/2019 | $2,233.63 | 836,005 |
| | 11/18/2019 | $2,149.74 | 838,051 | 12/16/2019 | $2,126.75 | 839,932 |
| | 12/16/2019 | $10.75 | 839,932 | 01/13/2020 | $2,126.75 | 841,823 |
| | 01/13/2020 | $10.75 | 841,823 | 03/16/2020 | $4,308.83 | 845,628 |
| | 03/16/2020 | $21.79 | 845,628 | 04/20/2020 | $2,125.53 | 847,586 |
| | 04/20/2020 | $10.75 | 847,586 | 06/15/2020 | $2,017.90 | 851,081 |
| | 06/15/2020 | $10.20 | 851,081 | 07/20/2020 | $2,070.17 | 852,938 |
| | 07/20/2020 | $10.47 | 852,938 | 08/17/2020 | $2,063.68 | 854,770 |
| | 08/17/2020 | $10.43 | 854,770 | 09/21/2020 | $3,127.21 | 856,636 |
| | 09/21/2020 | $15.81 | 856,636 | 10/19/2020 | $3,253.93 | 858,476 |
| | 10/19/2020 | $16.45 | 858,476 | 11/16/2020 | $1,113.20 | 859,534 |
| | 11/16/2020 | $5.63 | 859,534 | 12/21/2020 | $2,089.37 | 861,346 |
| | 12/21/2020 | $10.56 | 861,346 | 01/11/2021 | $1,030.14 | 863,150 |
| | 01/11/2021 | $5.21 | 863,150 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,116.75 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,250.00 | 100.00% | 2,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | PIEDMONT ROCKDALE HOSPITAL | UNSECURED | 1,604.00 | 100.00% | 0.00 | 1,604.00 |
| 0009 | BANK OF AMERICA NA | MORTGAGE ARRE | 5,307.11 | 100.00% | 1,800.31 | 3,506.80 |
| 0010 | NATIONSTAR MORTGAGE LLC, D/B/A MR | MORTGAGE ARRE | 2,683.40 | 100.00% | 872.85 | 1,810.55 |
| 0011 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 117,385.68 | 100.00% | 39,820.84 | 77,564.84 |
| 0012 | ASSET ACCEPTANCE LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | BMW FINANCIAL SERVICES NA LLC | UNSECURED | 1,054.88 | 100.00% | 0.00 | 1,054.88 |
| 0014 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 531.00 | 100.00% | 138.80 | 392.20 |
| 0015 | NATIONSTAR MORTGAGE LLC, D/B/A MR | (NEW) MTG Agree | 681.00 | 100.00% | 167.40 | 513.60 |

**Total Paid: $48,166.95**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $51,515.45    -    Paid to Claims: $42,800.20    -    Admin Costs Paid: $5,366.75    =    Funds on Hand: $3,348.50

**Chapter 13 Case # 19-14637**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.