Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 19−14637−VFP  
Chapter: 13  
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
Claudette Brooks  
aka Claudette Thomas  
442 North Street  
Teaneck, NJ 07666

Social Security No.:  
xxx−xx−8446

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 12, 2019.

On 6/3/21 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date: July 15, 2021  
Time: 08:30 AM  
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 4, 2021  
JAN: lc

Jeanne Naughton  
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-14637-VFP
Claudette Brooks                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                            User: admin                               Page 1 of 2
Date Rcvd: Jun 04, 2021                      Form ID: 185                             Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Claudette Brooks, 442 North Street, Teaneck, NJ 07666-2351 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | WELLS FARGO BANK, 10700 Abbott's Bridge Road, Suite 170, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518068842 | | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 518251015 | | BANK OF AMERICA, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 518132552 | + | Bank of America, PO Box 5170, Simi Valley, CA 93062-5170 |
| 518068843 | + | HSBC Bank, Specialized Loan Services LLC, 8742 Lucent Blvd., Ste. 300, Highlands Ranch, CO 80129-2386 |
| 519144516 | + | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518247116 | + | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518132553 | + | Mr. Cooper, attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518068840 | | Neimen Marcus, PO Box 5235, Carols Stream, IL 60197-5235 |
| 518102895 | + | Piedmont Rockdale Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 518132555 | | Shapiro & DeNardo, LLP, 1400 Commerce Pkwy, Ste B, Mount Laurel, NJ 08054 |
| 518132554 | + | Specialized Loan Services/ SLS, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518177938 | + | WELLS FARGO BANK, RAS Crane, LLC, Authorized Agent for Secured Creditor, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518203345 | + | WELLS FARGO BANK, NATIONAL ASSOCIATION, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2021 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2021 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 04 2021 21:12:03 | BMW Financial Services, AIS Portfolio Services LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518132556 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Jun 04 2021 21:15:00 | Asset Acceptance, LLC, PO Box 2036, Warren, MI 48090-2036 |
| 518145190 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | Jun 04 2021 21:11:05 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 518099015 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 04 2021 21:12:02 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518068841 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 04 2021 21:11:54 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 518068839 | + | Email/Text: bnc@nordstrom.com | Jun 04 2021 21:14:31 | Nordstrom, PO Box 79139, Phoenix, AZ 85062-9139 |

518068838    Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
                                    Jun 04 2021 21:15:00    Victoria Secret, Comenity Bank, PO Box 182273, Columbus, OH 43218-2273

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA, National Association, as Trustee for Deutsche ALT-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through Ceritificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor BANK OF AMERICA N.A. DMcDonough@flwlaw.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgae Pass Through Certificates, Series 2006-8 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor HSBC Bank USA, National Association, as Trustee for Deutsche ALT-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through Ceritificates kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor WELLS FARGO BANK bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Claudette Brooks ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Shauna M Deluca | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgae Pass Through Certificates, Series 2006-8 sdeluca@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10