Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14637−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Claudette Brooks
   aka Claudette Thomas
   442 North Street
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−8446

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/15/21 at 10:00 AM

to consider and act upon the following:

**73** − Creditor's Certification of Default (related document:49 Order on Motion For Relief From Stay) filed by Elizabeth L. Wassall on behalf of Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006−8 Mortgae Pass Through Certificates, Series 2006−8. Objection deadline is 06/9/2021. (Wassall, Elizabeth)

**82** − Certification in Opposition to (related document:23 Notice of Appearance and Request for Service of Notice filed by Douglas J. McDonough on behalf of BANK OF AMERICA, N.A.. filed by Creditor BANK OF AMERICA, N.A., 73 Creditor's Certification of Default (related document:49 Order on Motion For Relief From Stay) filed by Elizabeth L. Wassall on behalf of Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006−8 Mortgae Pass Through Certificates, Series 2006−8. Objection deadline is 06/9/2021. filed by Creditor Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006−8 Mortgae Pass Through Certificates, Series 2006−8) filed by Russell L. Low on behalf of Claudette Brooks. (Attachments: # 1 Exhibit) (Low, Russell)

Dated: 6/11/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court