Order Filed on September 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>CXE 19-026614<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esquire 023211995<br>ATTORNEYS FOR WELLS FARGO BANK,<br>NATIONAL ASSOCIATION, AS TRUSTEE FOR<br>BANC OF AMERICA ALTERNATIVE LOAN TRUST<br>2006-8 MORTGAGE PASS-THROUGH<br>CERTIFICATES, SERIES 2006-8 | |
|---|---|
| In Re:<br><br>CLAUDETTE BROOKS AKA CLAUDETTE THOMAS,<br>DEBTOR | Case No.: 19-14637-VFP<br><br>Judge: HONORABLE VINCENT F. PAPALIA<br><br>Chapter: 13 |

# CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: September 8, 2021

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

This matter being opened to the Court by LOGS Legal Group LLP, Attorneys for Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series 2006-8, hereinafter "Secured Creditor", upon the filing of a Certification of Default in a Chapter 13 Case for failure of the Debtor to make post-petition payments on a mortgage obligation, and due notice of said Certification having been given to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtor is currently delinquent in post-petition payments for the month of July 1, 2021 for a total of $2,584.51, minus a suspense balance of $66.09, for a total delinquency amount of $2,518.42 due to Secured Creditor.

2. To cure the delinquency outlined in Paragraph one (1) above, Debtor shall remit a lump sum cure payment of $2,518.42 by July 31, 2021, directly to Secured Creditor.

3. Starting August 1, 2021, Debtor shall also maintain all contractually due payments, which currently amount to $2,584.51 monthly.

4. If the Debtor fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor's failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and Debtor as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

*/s/Elizabeth L. Wassall*                 Date: 8-6-2021
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

/s/ Russell L. Low                 Date: 8/2/2021
Russell L. Low, Esquire
Attorney for the Debtor