Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

CLAUDETTE BROOKS,

Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  19-14637 VFP

## NOTICE OF RESERVE ON CLAIM

Creditor:         BANK OF AMERICA NA
Trustee Claim #:  16
Court Claim #:
Claimed Amount:   $1,238.00
Date Claim Filed:

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Trustee is disbursing on fees per Court order of 9/7/22. Creditor has returned funds stating fees are no longer payable. Amended order should be filed with Court.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  February 22, 2023

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

CLAUDETTE BROOKS
442 NORTH STREET
TEANECK, NJ    07666

RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ    07601

BANK OF AMERICA NA
PO BOX 660933
DALLAS, TX    75266-0933

FRENKEL LAMBERT WEISS WEISMAN & GORDON LLP
80 MAIN STREET
SUITE 460
WEST ORANGE, NJ    07052