RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ 07601

Re:   CLAUDETTE BROOKS
     442 NORTH STREET
     TEANECK, NJ 07666

Atty:   RUSSELL L LOW ESQ
      LOW & LOW ESQS
      505 MAIN STREET, SUITE 304
      HACKENSACK, NJ 07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
### Chapter 13 Case # 19-14637

## RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/05/2019 | $2,140.15 | 5763311000 | 05/03/2019 | $2,140.15 | 5834233000 |
| 06/04/2019 | $2,140.15 | 5915047000 | 07/03/2019 | $2,422.00 | 5992517000 |
| 08/09/2019 | $2,422.00 | 6083744000 | 09/09/2019 | $2,422.00 | 6161152000 |
| 10/17/2019 | $2,422.00 | 6258706000 | 11/12/2019 | $2,422.00 | 6319687000 |
| 12/12/2019 | $2,422.00 | 6398664000 | 01/14/2020 | $2,422.00 | 6479589000 |
| 02/13/2020 | $2,422.00 | 6556758000 | 03/16/2020 | $2,422.00 | 6641403000 |
| 04/27/2020 | $2,422.00 | 6742154000 | 05/27/2020 | $1,200.00 | 6814848000 |
| 06/15/2020 | $1,250.00 | 6867239000 | 06/29/2020 | $1,200.00 | 6899650000 |
| 07/13/2020 | $1,210.00 | 6937069000 | 07/21/2020 | $1,220.00 | 6953768000 |
| 08/04/2020 | $1,220.00 | 6990507000 | 08/12/2020 | $1,212.00 | 7008708000 |
| 08/28/2020 | $1,300.00 | 7042396000 | 09/14/2020 | $2,500.00 | 7083744000 |
| 09/23/2020 | $80.00 | 7105253000 | 10/16/2020 | $1,220.00 | 7163172000 |
| 10/23/2020 | $1,220.00 | 7177437000 | 11/16/2020 | $1,220.00 | 7236687000 |
| 11/25/2020 | $1,203.00 | 7258880000 | 12/14/2020 | $1,220.00 | 7301681000 |
| 12/28/2020 | $1,200.00 | 7334605000 | 01/11/2021 | $1,200.00 | 7372028000 |
| 01/22/2021 | $1,222.00 | 7395273000 | 02/09/2021 | $1,200.00 | 7443567000 |
| 02/17/2021 | $1,222.00 | 7458859000 | 03/05/2021 | $1,200.00 | 7503242000 |
| 03/17/2021 | $1,224.00 | 7528989000 | 04/07/2021 | $1,200.00 | 7584214000 |
| 04/15/2021 | $1,224.00 | 7601714000 | 05/17/2021 | $1,222.00 | 7677074000 |
| 05/25/2021 | $1,222.00 | 7692163000 | 06/10/2021 | $1,200.00 | 7733048000 |
| 06/16/2021 | $1,001.00 | 7747336000 | 06/17/2021 | $18.00 | 7749050000 |
| 07/07/2021 | $1,200.00 | 7793975000 | 07/15/2021 | $1,020.00 | 7812256000 |
| 08/09/2021 | $1,200.00 | 7866833000 | 08/16/2021 | $1,020.00 | 7880959000 |
| 09/08/2021 | $1,200.00 | 7935535000 | 09/20/2021 | $1,019.00 | 7955786000 |
| 10/06/2021 | $1,000.00 | 7997676000 | 10/18/2021 | $1,219.00 | 8017812000 |
| 11/09/2021 | $1,200.00 | 8072641000 | 11/19/2021 | $1,020.00 | 8093083000 |
| 12/09/2021 | $1,200.00 | 8135967000 | 12/16/2021 | $1,019.00 | 8151305000 |
| 01/03/2022 | $1,000.00 | 8184870000 | 01/18/2022 | $1,220.00 | 8214837000 |
| 02/14/2022 | $1,200.00 | 8272114000 | 02/16/2022 | $1,020.00 | 8278291000 |
| 03/07/2022 | $1,020.00 | 8324526000 | 03/16/2022 | $1,200.00 | 8342085000 |

**Chapter 13 Case # 19-14637**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/11/2022 | $1,000.00 | 8398591000 | 04/18/2022 | $1,218.66 | 8411348000 |
| 05/12/2022 | $1,200.00 | 8463843000 | 05/16/2022 | $1,020.00 | 8470657000 |
| 06/08/2022 | $1,000.00 | 8516656000 | 06/14/2022 | $1,220.00 | 8528929000 |
| 07/13/2022 | $1,000.00 | 8586371000 | 07/19/2022 | $1,220.00 | 8596885000 |
| 08/08/2022 | $1,200.00 | 8638223000 | 08/17/2022 | $1,019.00 | 8654247000 |
| 09/08/2022 | $1,200.00 | 8697249000 | 09/26/2022 | $1,020.00 | 8725322000 |
| 10/11/2022 | $1,000.00 | 8762437000 | 10/17/2022 | $1,220.00 | 8772248000 |
| 11/08/2022 | $1,200.00 | 8816200000 | 11/14/2022 | $1,020.00 | 8825619000 |
| 12/09/2022 | $1,200.00 | 8873371000 | 12/12/2022 | $1,019.00 | 8879092000 |
| 01/06/2023 | $1,000.00 | 8925840000 | 01/17/2023 | $1,220.00 | 8943408000 |
| 02/10/2023 | $1,200.00 | 8990533000 | 02/15/2023 | $1,020.00 | 8998416000 |
| 03/09/2023 | $1,000.00 | 9045616000 | 03/13/2023 | $1,219.00 | 9052622000 |
| 04/10/2023 | $1,020.00 | 9101265000 | 04/18/2023 | $1,220.00 | 9117076000 |
| 05/11/2023 | $1,020.00 | 9162485000 | 05/16/2023 | $1,200.00 | 9170873000 |
| 06/08/2023 | $1,200.00 | 9212692000 | 06/14/2023 | $1,019.00 | 9221988000 |
| 07/10/2023 | $1,200.00 | 9267089000 | 07/17/2023 | $1,020.00 | 9279642000 |
| 08/11/2023 | $1,100.00 | 9323954000 | 08/17/2023 | $1,120.00 | 9333289000 |
| 09/07/2023 | $1,019.00 | 9368884000 | 09/18/2023 | $1,200.00 | 9385054000 |
| 10/10/2023 | $1,000.00 | 9422211000 | 10/13/2023 | $1,220.00 | 9430589000 |
| 11/06/2023 | $1,000.00 | 9469072000 | 11/15/2023 | $1,220.00 | 9485052000 |
| 12/18/2023 | $1,000.00 | 9537372000 | 12/22/2023 | $1,220.00 | 9545197000 |

**Total Receipts:  $131,281.11  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $131,281.11**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | | | | | | |
| | 07/15/2019 | $164.12 | 829,234 | 08/19/2019 | $98.42 | 831,184 |
| | 09/16/2019 | $98.42 | 833,218 | 10/21/2019 | $100.98 | 835,221 |
| | 11/18/2019 | $97.19 | 837,313 | 12/16/2019 | $96.15 | 839,255 |
| | 01/13/2020 | $96.15 | 841,133 | 03/16/2020 | $194.81 | 844,915 |
| | 04/20/2020 | $96.10 | 846,864 | 06/15/2020 | $91.23 | 850,462 |
| | 07/20/2020 | $93.59 | 852,251 | 08/17/2020 | $93.30 | 854,125 |
| | 09/21/2020 | $141.38 | 855,931 | 10/19/2020 | $147.11 | 857,818 |
| | 11/16/2020 | $50.33 | 859,611 | 12/21/2020 | $94.46 | 861,430 |
| | 01/11/2021 | $46.57 | 863,226 | 02/22/2021 | $187.45 | 864,892 |
| | 03/15/2021 | $32.34 | 866,761 | 04/19/2021 | $98.26 | 868,424 |
| | 05/17/2021 | $65.32 | 870,331 | 06/21/2021 | $33.47 | 872,132 |
| | 07/19/2021 | $94.24 | 873,936 | 08/16/2021 | $60.80 | 875,619 |
| | 10/18/2021 | $23.74 | 879,123 | 11/17/2021 | $55.58 | 880,834 |
| | 12/13/2021 | $66.95 | 882,470 | 01/10/2022 | $61.44 | 884,126 |
| | 02/14/2022 | $55.88 | 885,810 | 03/14/2022 | $33.77 | 887,521 |
| | 04/18/2022 | $123.86 | 889,223 | 05/16/2022 | $28.11 | 890,933 |
| | 06/20/2022 | $96.68 | 892,619 | 07/18/2022 | $62.41 | 894,349 |
| | 08/15/2022 | $28.11 | 895,917 | 09/19/2022 | $83.72 | 897,515 |
| | 09/19/2022 | $45.09 | 897,515 | 10/17/2022 | $33.22 | 899,190 |
| | 10/17/2022 | $17.89 | 899,190 | 11/14/2022 | $55.34 | 900,766 |
| | 11/14/2022 | $29.81 | 900,766 | 11/14/2022 | ($55.34) | 900,766 |
| | 11/14/2022 | ($29.81) | 900,766 | 11/14/2022 | $55.34 | 901,815 |
| | 11/14/2022 | $29.81 | 901,815 | 12/12/2022 | $65.60 | 902,318 |
| | 12/12/2022 | $35.33 | 902,318 | 01/09/2023 | $60.18 | 903,808 |
| | 01/09/2023 | $32.41 | 903,808 | 02/13/2023 | $54.73 | 905,332 |
| | 02/13/2023 | $29.48 | 905,332 | 03/13/2023 | $70.04 | 906,949 |
| | 04/17/2023 | $87.59 | 908,531 | 05/15/2023 | $27.58 | 910,155 |
| | 06/12/2023 | $60.28 | 911,620 | 07/17/2023 | $91.48 | 913,136 |
| | 08/14/2023 | $32.93 | 914,653 | 09/18/2023 | $86.65 | 916,150 |

**Chapter 13 Case # 19-14637**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 10/16/2023 | $27.25 | 917,641 | | 11/13/2023 | $90.51 | 919,075 |
| | 12/11/2023 | $26.31 | 920,498 | | | | |
| NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER | | | | | | | |
| | 07/15/2019 | $82.98 | 829,674 | | 08/19/2019 | $49.76 | 831,676 |
| | 09/16/2019 | $49.76 | 833,673 | | 10/21/2019 | $51.06 | 835,710 |
| | 11/18/2019 | $49.14 | 837,773 | | 12/16/2019 | $48.62 | 839,689 |
| | 12/16/2019 | $13.79 | 839,689 | | 01/13/2020 | $13.79 | 841,571 |
| | 01/13/2020 | $48.62 | 841,571 | | 03/16/2020 | $28.53 | 845,373 |
| | 03/16/2020 | $100.58 | 845,373 | | 04/20/2020 | $49.61 | 847,312 |
| | 04/20/2020 | $14.07 | 847,312 | | 06/15/2020 | $13.36 | 850,847 |
| | 06/15/2020 | $47.10 | 850,847 | | 07/20/2020 | $48.32 | 852,677 |
| | 07/20/2020 | $13.71 | 852,677 | | 08/17/2020 | $48.17 | 854,534 |
| | 08/17/2020 | $13.66 | 854,534 | | 09/21/2020 | $20.71 | 856,372 |
| | 09/21/2020 | $73.00 | 856,372 | | 10/19/2020 | $75.95 | 858,229 |
| | 10/19/2020 | $21.55 | 858,229 | | 11/16/2020 | $7.37 | 860,011 |
| | 11/16/2020 | $25.98 | 860,011 | | 12/21/2020 | $13.83 | 861,853 |
| | 12/21/2020 | $48.77 | 861,853 | | 01/11/2021 | $24.05 | 863,597 |
| | 01/11/2021 | $6.82 | 863,597 | | 02/22/2021 | $96.78 | 865,362 |
| | 02/22/2021 | $27.45 | 865,362 | | 03/15/2021 | $16.70 | 867,141 |
| | 04/19/2021 | $50.73 | 868,888 | | 04/19/2021 | $19.13 | 868,888 |
| | 05/17/2021 | $9.57 | 870,755 | | 05/17/2021 | $33.73 | 870,755 |
| | 06/21/2021 | $17.28 | 872,569 | | 07/19/2021 | $48.65 | 874,346 |
| | 07/19/2021 | $18.70 | 874,346 | | 08/16/2021 | $8.90 | 876,039 |
| | 08/16/2021 | $31.39 | 876,039 | | 10/18/2021 | $12.26 | 879,541 |
| | 11/17/2021 | $28.70 | 881,252 | | 11/17/2021 | $11.62 | 881,252 |
| | 12/13/2021 | $9.81 | 882,869 | | 12/13/2021 | $34.57 | 882,869 |
| | 01/10/2022 | $9.00 | 884,520 | | 01/10/2022 | $31.72 | 884,520 |
| | 02/14/2022 | $28.85 | 886,233 | | 02/14/2022 | $8.18 | 886,233 |
| | 03/14/2022 | $17.43 | 887,930 | | 04/18/2022 | $23.09 | 889,667 |
| | 04/18/2022 | $63.95 | 889,667 | | 05/16/2022 | $14.52 | 891,346 |
| | 06/20/2022 | $49.91 | 893,059 | | 06/20/2022 | $18.28 | 893,059 |
| | 07/18/2022 | $9.14 | 894,726 | | 07/18/2022 | $32.22 | 894,726 |
| | 08/15/2022 | $14.52 | 896,313 | | 09/19/2022 | $43.22 | 897,935 |
| | 09/19/2022 | $16.38 | 897,935 | | 10/17/2022 | $17.15 | 899,576 |
| | 11/14/2022 | $12.96 | 901,144 | | 11/14/2022 | $28.57 | 901,144 |
| | 12/12/2022 | $33.87 | 902,696 | | 12/12/2022 | $9.61 | 902,696 |
| | 01/09/2023 | $8.81 | 904,188 | | 01/09/2023 | $31.07 | 904,188 |
| | 02/13/2023 | $8.02 | 905,734 | | 02/13/2023 | $28.26 | 905,734 |
| | 03/13/2023 | $36.16 | 907,340 | | 03/13/2023 | $10.26 | 907,340 |
| | 04/17/2023 | $12.83 | 908,953 | | 04/17/2023 | $45.22 | 908,953 |
| | 05/15/2023 | $14.24 | 910,529 | | 06/12/2023 | $31.12 | 912,012 |
| | 06/12/2023 | $12.87 | 912,012 | | 07/17/2023 | $13.40 | 913,531 |
| | 07/17/2023 | $47.23 | 913,531 | | 08/14/2023 | $17.00 | 915,044 |
| | 09/18/2023 | $44.73 | 916,542 | | 09/18/2023 | $17.51 | 916,542 |
| | 10/16/2023 | $14.07 | 918,014 | | 11/13/2023 | $17.25 | 919,457 |
| | 11/13/2023 | $46.73 | 919,457 | | 12/11/2023 | $13.59 | 920,854 |

**Chapter 13 Case # 19-14637**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 07/15/2019 | $3,630.13 | 829,933 | | 08/19/2019 | $2,176.94 | 831,962 |
| | 09/16/2019 | $2,176.94 | 833,943 | | 10/21/2019 | $2,233.63 | 836,005 |
| | 11/18/2019 | $2,149.74 | 838,051 | | 12/16/2019 | $2,126.75 | 839,932 |
| | 12/16/2019 | $10.75 | 839,932 | | 01/13/2020 | $2,126.75 | 841,823 |
| | 01/13/2020 | $10.75 | 841,823 | | 03/16/2020 | $4,308.83 | 845,628 |
| | 03/16/2020 | $21.79 | 845,628 | | 04/20/2020 | $2,125.53 | 847,586 |
| | 04/20/2020 | $10.75 | 847,586 | | 06/15/2020 | $10.20 | 851,081 |
| | 06/15/2020 | $2,017.90 | 851,081 | | 07/20/2020 | $2,070.17 | 852,938 |
| | 07/20/2020 | $10.47 | 852,938 | | 08/17/2020 | $10.43 | 854,770 |
| | 08/17/2020 | $2,063.68 | 854,770 | | 09/21/2020 | $3,127.21 | 856,636 |
| | 09/21/2020 | $15.81 | 856,636 | | 10/19/2020 | $3,253.93 | 858,476 |
| | 10/19/2020 | $16.45 | 858,476 | | 11/16/2020 | $1,113.20 | 859,534 |
| | 11/16/2020 | $5.63 | 859,534 | | 12/21/2020 | $2,089.37 | 861,346 |
| | 12/21/2020 | $10.56 | 861,346 | | 01/11/2021 | $1,030.14 | 863,150 |
| | 01/11/2021 | $5.21 | 863,150 | | 02/22/2021 | $4,146.19 | 864,798 |
| | 02/22/2021 | $20.96 | 864,798 | | 03/15/2021 | $715.30 | 866,673 |
| | 03/15/2021 | $340.95 | 866,673 | | 04/19/2021 | $2,173.27 | 868,321 |
| | 04/19/2021 | $1,035.90 | 868,321 | | 05/17/2021 | $1,444.88 | 870,234 |
| | 05/17/2021 | $688.71 | 870,234 | | 06/21/2021 | $740.21 | 872,021 |
| | 06/21/2021 | $352.82 | 872,021 | | 07/19/2021 | $2,084.34 | 873,829 |
| | 07/19/2021 | $993.51 | 873,829 | | 08/16/2021 | $1,344.74 | 875,515 |
| | 08/16/2021 | $640.97 | 875,515 | | 10/18/2021 | $525.06 | 879,022 |
| | 10/18/2021 | $250.27 | 879,022 | | 11/17/2021 | $1,229.42 | 880,721 |
| | 11/17/2021 | $586.01 | 880,721 | | 12/13/2021 | $1,480.87 | 882,351 |
| | 12/13/2021 | $705.86 | 882,351 | | 01/10/2022 | $1,359.04 | 884,010 |
| | 01/10/2022 | $647.79 | 884,010 | | 02/14/2022 | $1,236.00 | 885,692 |
| | 02/14/2022 | $589.14 | 885,692 | | 03/14/2022 | $746.87 | 887,404 |
| | 03/14/2022 | $356.00 | 887,404 | | 04/18/2022 | $2,739.54 | 889,083 |
| | 04/18/2022 | $1,305.81 | 889,083 | | 05/16/2022 | $621.85 | 890,809 |
| | 05/16/2022 | $296.41 | 890,809 | | 06/20/2022 | $2,138.32 | 892,474 |
| | 06/20/2022 | $1,019.24 | 892,474 | | 07/18/2022 | $1,380.50 | 894,213 |
| | 07/18/2022 | $658.02 | 894,213 | | 08/15/2022 | $621.85 | 895,774 |
| | 08/15/2022 | $296.41 | 895,774 | | 09/19/2022 | $1,851.72 | 897,370 |
| | 09/19/2022 | $882.63 | 897,370 | | 10/17/2022 | $734.69 | 899,035 |
| | 10/17/2022 | $350.19 | 899,035 | | 11/14/2022 | $1,224.03 | 900,608 |
| | 11/14/2022 | $583.44 | 900,608 | | 12/12/2022 | $1,450.92 | 902,176 |
| | 12/12/2022 | $691.59 | 902,176 | | 01/09/2023 | $1,331.00 | 903,662 |
| | 01/09/2023 | $634.43 | 903,662 | | 01/09/2023 | ($1,331.00) | 903,662 |
| | 01/09/2023 | ($634.43) | 903,662 | | 01/09/2023 | $1,331.00 | 904,808 |
| | 01/09/2023 | $634.43 | 904,808 | | 02/13/2023 | $1,210.50 | 905,168 |
| | 02/13/2023 | $576.99 | 905,168 | | 03/13/2023 | $1,549.09 | 906,787 |
| | 03/13/2023 | $738.38 | 906,787 | | 04/17/2023 | $1,937.36 | 908,352 |
| | 04/17/2023 | $923.45 | 908,352 | | 05/15/2023 | $610.10 | 909,980 |
| | 05/15/2023 | $290.81 | 909,980 | | 06/12/2023 | $1,333.37 | 911,437 |
| | 06/12/2023 | $635.55 | 911,437 | | 07/17/2023 | $2,023.38 | 912,951 |
| | 07/17/2023 | $964.45 | 912,951 | | 08/14/2023 | $728.44 | 914,464 |
| | 08/14/2023 | $347.22 | 914,464 | | 09/18/2023 | $1,916.45 | 915,956 |
| | 09/18/2023 | $913.48 | 915,956 | | 10/16/2023 | $602.73 | 917,460 |
| | 10/16/2023 | $287.29 | 917,460 | | 11/13/2023 | $2,001.85 | 918,881 |
| | 11/13/2023 | $954.19 | 918,881 | | 12/11/2023 | $581.99 | 920,307 |
| | 12/11/2023 | $277.41 | 920,307 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 7,737.46 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,050.00 | 100.00% | 5,050.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | PIEDMONT ROCKDALE HOSPITAL | UNSECURED | 1,604.00 | 100.00% | 0.00 | 1,604.00 |

**Chapter 13 Case # 19-14637**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| 0009 | BANK OF AMERICA NA | MORTGAGE ARRE | 5,307.11 | 100.00% | 3,994.23 | 1,312.88 |
| 0010 | NATIONSTAR MORTGAGE LLC, D/B/A MR | MORTGAGE ARRE | 2,683.40 | 100.00% | 2,005.56 | 677.84 |
| 0011 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 117,385.68 | 100.00% | 88,346.76 | 29,038.92 |
| 0012 | ASSET ACCEPTANCE LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | BMW FINANCIAL SERVICES NA LLC | UNSECURED | 1,054.88 | 100.00% | 0.00 | 1,054.88 |
| 0014 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 35,155.03 | 100.00% | 21,313.53 | 13,841.50 |
| 0015 | NATIONSTAR MORTGAGE LLC, D/B/A MR | (NEW) MTG Agree | 681.00 | 100.00% | 488.72 | 192.28 |
| 0016 | BANK OF AMERICA NA | (NEW) MTG Agree | 1,238.00 | 100.00% | 0.00 | 1,238.00 |

**Total Paid:  $128,936.26**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $131,281.11        -    Paid to Claims: $116,148.80    -    Admin Costs Paid: $12,787.46  =    Funds on Hand: $3,544.85

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.