Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 19−14637−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Claudette Brooks
    aka Claudette Thomas
    442 North Street
    Teaneck, NJ 07666

Social Security No.:
    xxx−xx−8446

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/18/24 at 10:00 AM

to consider and act upon the following:

*108* − Creditor's Certification of Default (related document:91 Consent Order) filed by Elizabeth L. Wassall on behalf of Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006−8 Mortgage Pass−Through Certificates, Series 2006−8. Objection deadline is 06/27/2024. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Certification of Default # 4 Certification Regarding Payment History # 5 Exhibit A− Order Entered) (Wassall, Elizabeth)

*109* − Certification in Opposition to (related document:108 Creditor's Certification of Default (related document:91 Consent Order) filed by Elizabeth L. Wassall on behalf of Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006−8 Mortgage Pass−Through Certificates, Series 2006−8. Objection deadline is 06/27/2024. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Certification of Default # 4 Certification Regarding Payment History # 5 Exhibit A− Order Entered) filed by Creditor Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006−8 Mortgage Pass−Through Certificates, Series 2006−8) filed by Russell L. Low on behalf of Claudette Brooks. (Attachments: # 1 Exhibit) (Low, Russell)

Dated: 6/28/24

                                         Jeanne Naughton
                                         Clerk, U.S. Bankruptcy Court