UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PADGETT LAW GROUP**
Joshua I. Goldman, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Josh.Goldman@padgettlawgroup.com
*Attorneys for HSBC Bank USA, National Association as Trustee for Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2007-AB1*

In Re:

**Claudette Brooks, *aka* Claudette Thomas**,

Debtor(s).

Case No.: 19-14637-VFP

Chapter: 13

Judge: Vincent F. Papalia

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of HSBC Bank USA, National Association as Trustee for Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2007-AB1. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

By: */s/ Joshua I. Goldman*

Dated: July 25, 2024

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PADGETT LAW GROUP**<br>Joshua I. Goldman, Esq.<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312<br>(850) 422-2520 (telephone)<br>(850) 422-2567 (facsimile)<br>Josh.Goldman@padgettlawgroup.com<br>*Attorneys for HSBC Bank USA, National Association as Trustee for Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2007-AB1* | |
| In Re:<br><br>**Claudette Brooks,** *aka* **Claudette Thomas**,<br><br>            Debtor(s). | Case No.: 19-14637-VFP<br><br>Chapter: 13<br><br>Judge: Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, Catherine Rusteberg:
   - ☐ represent _____ in the above-captioned matter.
   - ☑ am the secretary/paralegal for Padgett Law Group, who represents the Creditor in the above captioned matter.
   - ☐ am the _____ in the above case and am representing myself.
1. On <u>July 25, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Appearance***
2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                                             */s/* Catherine Rusteberg

Dated: July 25, 2024                                                 Catherine Rusteberg

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Claudette Brooks**<br>442 North Street<br>Teaneck, NJ 07666 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Russell L. Low**<br>Low & Low<br>505 Main St.<br>Suite 304<br>Hackensack, NJ 07601 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Marie-Ann Greenberg**<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.