UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CXE 19-026614
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esquire 023211995
ATTORNEYS FOR WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8

**Order Filed on August 7, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CLAUDETTE BROOKS AKA CLAUDETTE THOMAS, DEBTOR

Case No.: 19-14637-VFP

Judge: HONORABLE VINCENT F. PAPALIA

Chapter: 13

## ORDER ON CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: August 7, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

       This matter being opened to the Court by LOGS Legal Group LLP, Attorneys for Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series 2006-8, hereinafter "Secured Creditor", upon the filing of a Certification of Default in a Chapter 13 Case for failure of the Debtor to make post-petition payments on a mortgage obligation, and due notice of said Certification having been given to the Trustee, the Debtor and the attorney for the Debtor, if any, *AND THE MATTER HAVING BEEN HEARD BY THE COURT ON JULY 18, 2024*, and for good cause shown,

1.     As of July 1, 2024, Debtor is delinquent in post-petition payments for the months of May 1, 2024 through June 1, 2024 in the amount of $2,630.44 each, and July 1, 2024 in the amount of $2,728.74, less a suspense balance of $974.92, for a total post-petition delinquency amount of $7,014.70 due to Secured Creditor.

2.     To cure the delinquency outlined in Paragraph one (1) above, Debtor shall remit $7,014.70 by September 30, 2024, directly to Secured Creditor.

3.     Debtor shall remit the August 1, 2024 and the September 1, 2024 contractually due post-petition payments of 2,728.74 *each* by September 30, 2024, directly to Secured Creditor.

4.     Starting October 1, 2024, Debtor shall maintain all contractually due post-petition payments, which currently amount to $2,728.74 monthly, directly to Secured Creditor.

5.     Debtor shall reimburse Secured Creditor $200.00 in attorney fees through his/her Chapter 13 Plan of Reorganization. *The Trustee shall amend his/her records to reflect same and set up on the Trustee's ledger.*

6.     If the Debtor fails to make any payments detailed in this Order within fifteen (15) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor's failure to comply with this Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and Debtor as required by the local bankruptcy rules. *No written notice of default is required to be sent prior to submitting a Certification of Default to the Bankruptcy Court for failure to comply with this Order*.

7.     In the event the instant bankruptcy proceeding is dismissed, discharged or converts, this Order shall be terminated and have no further force or effect.