UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CXE 19-026614
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esquire 023211995
ATTORNEYS FOR WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8

Order Filed on September 25, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CLAUDETTE BROOKS AKA CLAUDETTE THOMAS, DEBTOR

Case No.: 19-14637-VFP

Judge: HONORABLE VINCENT F. PAPALIA

Chapter: 13

# ORDER ON CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 25, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter being opened to the Court by LOGS Legal Group LLP, Attorneys for Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series 2006-8, hereinafter "Secured Creditor", upon the filing of a Certification of Default in a Chapter 13 Case for failure of the Debtor to make post-petition payments on a mortgage obligation, and due notice of said Certification having been given to the Trustee, the Debtor and the attorney for the Debtor, if any, *AND THE MATTER HAVING BEEN HEARD BY THE COURT ON JULY 18, 2024*, and for good cause shown,

1. As of July 1, 2024, Debtor is delinquent in post-petition payments for the months of May 1, 2024 through June 1, 2024 in the amount of $2,630.44 each, and July 1, 2024 in the amount of $2,728.74, less a suspense balance of $974.92, for a total post-petition delinquency amount of $7,014.70 due to Secured Creditor.

2. To cure the delinquency outlined in Paragraph one (1) above, Debtor shall remit $7,014.70 by September 30, 2024, directly to Secured Creditor.

3. Debtor shall remit the August 1, 2024 and the September 1, 2024 contractually due post-petition payments of 2,728.74 *each* by September 30, 2024, directly to Secured Creditor.

4. Starting October 1, 2024, Debtor shall maintain all contractually due post-petition payments, which currently amount to $2,728.74 monthly, directly to Secured Creditor.

5. Debtor shall reimburse Secured Creditor $200.00 in attorney fees through his/her Chapter 13 Plan of Reorganization. *The Trustee shall amend his/her records to reflect same and set up on the Trustee's ledger.*

6. If the Debtor fails to make any payments detailed in this Order within fifteen (15) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor's failure to comply with this Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and Debtor as required by the local bankruptcy rules. *No written notice of default is required to be sent prior to submitting a Certification of Default to the Bankruptcy Court for failure to comply with this Order*.

7. In the event the instant bankruptcy proceeding is dismissed, discharged or converts, this Order shall be terminated and have no further force or effect.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-14637-VFP
Claudette Brooks  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Sep 26, 2024  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Claudette Brooks, 442 North Street, Teaneck, NJ 07666-2351 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

**Name**    **Email Address**

Ashley Pascuzzi
    on behalf of Creditor Nationstar Mortgage  LLC as servicing agent for Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series 2006-8
ecfnotices@grosspolowy.com

Denise E. Carlon
    on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series 2006-8 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor HSBC Bank  USA, National Association, as Trustee for Deutsche ALT-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through Cerititicates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
    on behalf of Creditor BANK OF AMERICA  N.A. dmcdonough@flwlaw.com, NRodriguez@flwlaw.com

Elizabeth L. Wassall

Case 19-14637-VFP    Doc 122    Filed 09/28/24    Entered 09/29/24 00:15:01    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Elizabeth L. Wassall
    on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series 2006-8 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

    on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgae Pass Through Certificates, Series 2006-8 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Joshua I. Goldman
    on behalf of Creditor HSBC Bank USA National Association as Trustee for Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2007-AB1 josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Kevin Gordon McDonald
    on behalf of Creditor HSBC Bank USA, National Association, as Trustee for Deutsche ALT-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through Ceritificates kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman
    on behalf of Creditor WELLS FARGO BANK laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Laura M. Egerman
    on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series 2006-8 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Russell L. Low
    on behalf of Debtor Claudette Brooks ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Shauna M Deluca
    on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgae Pass Through Certificates, Series 2006-8 sdeluca@hasbanilight.com, hllawpc@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15