**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Claudette Brooks | : | CASE NO. 19-14637 |
| Debtor | : | HONORABLE VINCENT F. PAPALIA |

**ATTORNEY'S RESPONSE TO TRUSTEE'S CERTIFICATION OF DEFAULT**

I, Russell L. Low, hereby certify the following:

1. I represent the debtor, Claudette Brooks in his Chapter 13 bankruptcy.
2. The debtor has been making monthly payments to Shellpoint Mortgage Servicing and various agents from Shellpoint told the debtor directly that she was current on her post-petition mortgage payments
3. My staff also spoke to Adam H. (Senior Representative at Bankruptcy Department) Shellpoint directly today, September 18, 2025 and he stated that the debtor was post-petition current, he had no prior knowledge of the certification of default and stated that the payment history on the certification of default is inaccurate.
4. The information Shellpoint has given the debtor and debtor's counsel directly contradicts what is stated in the Certification of Default therefore we are respectfully requesting the opportunity to clarify this.
5. The debtor is providing proof of all post-petition payments made from April 2021 - September 2025.

6. Therefore, I am respectfully requesting on behalf of the debtor the opportunity to cross-reference the proof of payments with the payment history provided on the creditor's certification of default, and the payment history provided by Shellpoint directly, and hopefully work toward a resolution of this matter.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date:  <u>September 18, 2025</u>                                                  <u>/s/ Russell L. Low</u>
                                                                                                    **Russell L. Low**
                                                                                                    Attorney for Debtor