Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14637−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Claudette Brooks
  aka Claudette Thomas
  442 North Street
  Teaneck, NJ 07666

Social Security No.:
  xxx−xx−8446

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/16/25 at 10:00 AM

to consider and act upon the following:

*126* − Creditor's Certification of Default (related document:66 Order (Generic)) filed by Joshua I. Goldman on behalf of HSBC Bank USA, National Association as Trustee for Deutsche Alt−B Securities, Mortgage Loan Trust, Series 2007−AB1. Objection deadline is 09/18/2025. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Goldman, Joshua)

*127* − Response to (related document:126 Creditor's Certification of Default (related document:66 Order (Generic)) filed by Joshua I. Goldman on behalf of HSBC Bank USA, National Association as Trustee for Deutsche Alt−B Securities, Mortgage Loan Trust, Series 2007−AB1. Objection deadline is 09/18/2025. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor HSBC Bank USA, National Association as Trustee for Deutsche Alt−B Securities, Mortgage Loan Trust, Series 2007−AB1) filed by Russell L. Low on behalf of Claudette Brooks. (Low, Russell)

Dated: 9/19/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court