**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Claudette Brooks | Social Security number or ITIN   xxx–xx–8446 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–14637–VFP

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Claudette Brooks
aka Claudette Thomas

5/13/26

**By the court:** <u>Vincent F. Papalia</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-14637-VFP

Claudette Brooks                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 4

Date Rcvd: May 13, 2026                       Form ID: 3180W                                 Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Claudette Brooks, 442 North Street, Teaneck, NJ 07666-2351 |
| 518068843 | ++++ | HSBC BANK, SPECIALIZED LOAN SERVICES LLC, 8742 KENDRICK CASTILLO WAY STE 300, HIGHLANDS RANCH CO 80129-3155 address filed with court:, HSBC Bank, Specialized Loan Services LLC, 8742 Lucent Blvd., Ste. 300, Highlands Ranch, CO 80129 |
| 518068840 | | Neimen Marcus, PO Box 5235, Carols Stream, IL 60197-5235 |
| 518132555 | | Shapiro & DeNardo, LLP, 1400 Commerce Pkwy, Ste B, Mount Laurel, NJ 08054 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 13 2026 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 13 2026 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | May 14 2026 00:42:00 | BMW Financial Services, AIS Portfolio Services LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | May 13 2026 20:55:10 | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Email/Text: RASEBN@raslg.com | May 13 2026 20:57:00 | WELLS FARGO BANK, 10700 Abbott's Bridge Road, Suite 170, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518068842 | | Email/PDF: bncnotices@becket-lee.com | May 13 2026 21:10:25 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 518132556 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | May 13 2026 20:58:00 | Asset Acceptance, LLC, PO Box 2036, Warren, MI 48090-2036 |
| 518251015 | | EDI: BANKAMER | May 14 2026 00:42:00 | BANK OF AMERICA, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 518145190 | | EDI: BMW.COM | May 14 2026 00:42:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 518099015 | + | EDI: AISACG.COM | May 14 2026 00:42:00 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518132552 | + | EDI: BANKAMER | May 14 2026 00:42:00 | Bank of America, PO Box 5170, Simi Valley, CA 93062-5170 |
| 520920411 | | EDI: WFFC | May 14 2026 00:42:00 | Bank of America NA, PO Box 660933, Dallas, TX |

District/off: 0312-2                          User: admin                                    Page 2 of 4

Date Rcvd: May 13, 2026                       Form ID: 3180W                                Total Noticed: 32

| | | | | 75266-0933 |
|---|---|---|---|---|
| 518068841 | + | EDI: CAPITALONE.COM | May 14 2026 00:42:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 518247116 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 13 2026 20:57:00 | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 519144516 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 13 2026 20:57:00 | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 520355707 | ^ | MEBN | May 13 2026 20:55:55 | HSBC Bank USA, National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, HSBC Bank USA, National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 520355706 | ^ | MEBN | May 13 2026 20:55:54 | HSBC Bank USA, National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518132553 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 13 2026 20:57:00 | Mr. Cooper, attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519901456 | ^ | MEBN | May 13 2026 20:55:40 | Nationstar Mortgage, LLC as servicing agent for We, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 520417658 | + | Email/Text: mtgbk@shellpointmtg.com | May 13 2026 20:57:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 520417657 | | Email/Text: mtgbk@shellpointmtg.com | May 13 2026 20:57:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 518068839 | + | EDI: TDBANKNORTH.COM | May 14 2026 00:42:00 | Nordstrom, PO Box 79139, Phoenix, AZ 85062-9139 |
| 518102895 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2026 21:09:57 | Piedmont Rockdale Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 518132554 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 13 2026 20:57:00 | Specialized Loan Services/ SLS, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518068838 | | EDI: WFNNB.COM | May 14 2026 00:42:00 | Victoria Secret, Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 518177938 | + | Email/Text: RASEBN@raslg.com | May 13 2026 20:57:00 | WELLS FARGO BANK, RAS Crane, LLC, Authorized Agent for Secured Creditor, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518203345 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 13 2026 20:57:00 | WELLS FARGO BANK, NATIONAL ASSOCIATION, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 520383426 | + | Email/Text: BankruptcyECFMail@mccalla.com | May 13 2026 20:57:00 | Wells Fargo Bank, National Association, McCalla Raymer Leibert Pierce, LLC, Att: Laura Egerman, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0312-2                           User: admin                                        Page 3 of 4
Date Rcvd: May 13, 2026                        Form ID: 3180W                                     Total Noticed: 32

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Ashley Pascuzzi | on behalf of Creditor Nationstar Mortgage  LLC as servicing agent for Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series 2006-8 ecfnotices@grosspolowy.com |
| Douglas J. McDonough | on behalf of Creditor BANK OF AMERICA  N.A. dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series 2006-8 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgae Pass Through Certificates, Series 2006-8 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Joshua I. Goldman | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2007-AB1 josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor HSBC Bank  USA, National Association, as Trustee for Deutsche ALT-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through Ceritificates kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series 2006-8 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor WELLS FARGO BANK laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor HSBC Bank  USA, National Association, as Trustee for Deutsche ALT-B Securities Mortgage Loan Trust, Series 2007-AB1 Mortgage Pass-Through Ceritificates bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgage Pass-Through Certificates, Series 2006-8 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Russell L. Low | on behalf of Debtor Claudette Brooks ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Shauna M Deluca | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8 Mortgae Pass Through Certificates, Series 2006-8 sdeluca@hasbanilight.com, hllawpc@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                                  User: admin                                      Page 4 of 4
Date Rcvd: May 13, 2026                              Form ID: 3180W                                  Total Noticed: 32
TOTAL: 15